# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| My Dream Boutique et al<br><br>v.<br><br>County of Los Angeles et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:20-cv-08896 DDP(MAAx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 19-03<br>(RELATED CASES) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

October 23, 2020                                         John W. Holcomb  /s/ J.W. Holcomb
_____                                        _____
Date                                                     United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                                        _____
Date                                                     United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:20-cv-08312  JWH(PVCx)  and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   Audero   to Magistrate Judge   Castillo  .

On all documents subsequently filed in this case, please substitute the initials  JWH(PVCx)  after the case number in place of the initials of the prior judge, so that the case number will read   2:20-cv-08896 JWH(PVCx)  . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*     ☐ *Statistics Clerk*

CV-34 (03/19)                    **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)**